UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RAYMOND MILLER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  2:10-cv-00307-JAW |
| | ) |
| THAYER CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION TO DISMISS**

On July 29, 2011, with the consent of the Plaintiffs and Defendant Thayer Corporation, Defendant Pit Stop Fuels, Inc. moved the Court to dismiss with prejudice all claims against it. *Def. Pit Stop Fuels, Inc.'s Unopposed Mot. to Dismiss Pit Stop Fuels, Inc.* (Docket # 27). There is some controversy whether a motion to eliminate a party should be filed under Rule 21 or Rule 41. *Compare Harvey Aluminum, Inc. v. Am. Cyanamid Co.*, 203 F.2d 105, 108 (1953) ("Rule 21 provides that 'Parties may be dropped or added by order of the court on motion . . . and we think that this rule is the one under which any action to eliminate Reynolds as a party should be taken"), *with Leroux v. Lomas & Nettleton Co.*, 626 F. Supp. 962, 965-67 (D. Mass. 1986). The better view is that either rule is appropriate since under either Rule, the motion is subject to the discretion of the court. 7 CHARLES ALAN WRIGHT, ARTHUR R. MILLER & MARY KAY KANE, FEDERAL PRACTICE AND PROCEDURE § 1684 (3d ed. 2001).

Accordingly, the Court GRANTS the Defendant's Unopposed Motion to Dismiss Pit Stop Fuels, Inc. (Docket # 27) and dismisses all claims against Pit Stop Fuels, Inc. with prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 29th day of July, 2011